# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re APPLICATION OF:<br><br>**LUCILLE HOLDINGS PTE. LTD.**<br>**under 28 U.S.C. § 1782,**<br><br>Applicant. | Miscellaneous Case No.<br>1:21-mc-0099 (GMH) |

## ORDER TO SHOW CAUSE

On July 12, 2021, Applicant Lucille Holdings Pte. Ltd. filed an *ex parte* application pursuant to 28 U.S.C. § 1782 for an order directing Edge Funds Management LLC to provide documents and deposition testimony "for use in relation to one or more contemplated legal proceedings in a foreign tribunal." ECF No. 1-1 at 5.  It is hereby

**ORDERED** that Applicant shall show cause in writing on or before July 30, 2021, why the Court must consider this application on an *ex parte* basis.  It is further

**ORDERED** that Applicant's response to this order shall address Chief Judge Howell's observation that while 28 U.S.C. § 1782 authorizes courts to issue subpoenas upon *ex parte* applications, "notice to [subpoena] recipients prior to the issuance of the requested subpoenas in the form of an order to show cause [] 'streamline[s] these proceedings' by accelerating identification of grounds for objection, under Federal Rule of Civil Procedure 45(d)(2)(B) . . . and, more significantly, [] facilitate[s] full and fair consideration of both th[e] Court's authority, under 28 U.S.C. § 1782, to issue the requested subpoenas and the factors identified by the Supreme Court governing the exercise of discretion to do so." *In re Application of Hulley Enters. Ltd.*, Misc. Action No. 17-1466, ECF No. 5 at 2 (internal citations omitted).

**SO ORDERED.**

Date:  July 16, 2021

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE