IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re APPLICATION OF | : |
| | : |
| LUCILLE HOLDINGS PTE. LTD. | :  **Misc. Case No. 1:21-mc-0099 (GMH)** |
| under 28 U.S.C. § 1782, | : |
| | : |
| Applicant. | : |

## ORDER

UPON CONSIDERATION of Respondent's Motion for Extension of Time to Respond to Order to Show Cause filed herein, and any Opposition filed hereto, it is this 10th day of August, 2021, hereby:

ORDERED that Respondent's Motion for Extension of Time to Respond to Order to Show Cause and is hereby GRANTED, and it is hereby

ORDERED that Respondent shall until and including August 30, 2021 to file a Response.

_____
G. Michael Harvey, U.S. Magistrate
Judge, United States District Court
for the District of Columbia